UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:25-CV-04951-PD                                            Date: September 10, 2025

Title   *Bonnie Reyes et al. v. PepsiCo, Inc., et al.*

Present: The Honorable:   Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order to Show Cause Re Service of Process on Defendant PepsiCo, Inc.

On June 1, 2025, Bonnie Reyes ("Plaintiff") filed a complaint against PepsiCo, Inc. ("PepsiCo"). Dkt. No. 1. On June 5, 2025, the Clerk issued a summons as to PepsiCo. Dkt. No. 6.

More than ninety days have passed since Plaintiff filed the complaint and the Clerk issued the summons. Yet Plaintiff has not filed a proof of service reflecting that she served PepsiCo. Rule 4(m) of the Federal Rules of Civil Procedure provides that if service of the summons and complaint is not made upon a defendant within ninety days of filing the complaint, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). If the plaintiff, however, "shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.*

Plaintiff is therefore **ORDERED TO SHOW CAUSE <u>in writing, by October 1, 2025</u>**, why service was not timely made on PepsiCo, and why this

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-CV-04951-PD                                             Date: September 10, 2025

Title      *Bonnie Reyes et al. v. PepsiCo, Inc., et al.*

case should not be dismissed against PepsiCo without prejudice for failure to effectuate service and for lack of prosecution. Failure to timely file a written response to this Order may result in dismissal of this action against PepsiCo for failure to effect service of process within the time specified by Rule 4(m) of the Federal Rules of Civil Procedure, for failure to prosecute, and/or for failure to obey a court order. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

|  | : |
|---|---|
| Initials of Preparer | iv |